**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7816**

---

KEVIN S. HENDERSON,

                              Plaintiff - Appellant,

        versus

ALLEN SLOAN, Sheriff of Richland County; J. S.
WHITE, Deputy,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph F. Anderson, Jr., District
Judge.   (CA-95-1488-3-17)

---

Submitted:  February 17, 1998        Decided:  March 12, 1998

---

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Kevin S. Henderson, Appellant Pro Se.  Michael Stephen Pauley,
LIDE, MONTGOMERY, POTTS & MEDLOCK, P.C., Columbia, South Carolina,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint and various state law claims. We have reviewed the record, including a transcript of the district court's oral ruling, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Henderson v. Sloan</u>, No. CA-95-1488-3-17 (D.S.C. Oct. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>